**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

Q4 PROPERTIES, LLC,                                      Case No. 14-37540-RAM
                                                         Chapter 11
              Debtor.
_____/

NE 4TH COURT LOANS, LLC,                                 Adversary Case No.
a Florida limited liability company,

              Plaintiff,

v.

Q4 PROPERTIES, LLC, and Q5 PROPERTIES
LLC, *et al*,

              Defendants.
_____/

Q4 PROPERTIES, LLC, and Q5 PROPERTIES,
LLC,

              Defendants/Counter Plaintiffs,

v.

NE 4th COURT LOANS, LLC., a Florida
Limited Liability Company, and Third Party
Defendant, TOTALBANK, a Florida
banking corporation.

              Added Party/Counter Defendant.
_____/

                    **DEBTOR'S NOTICE OF REMOVAL**

       Debtor, **Q4 PROPERTIES, LLC**, by and through its' undersigned counsel, files this Notice

of Removal pursuant to Bankruptcy Rule 9027 and respectfully represents as follows:

       1.      On December 17, 2014 (the "Petition Date"), Debtor filed its Voluntary Petition for

       relief under Chapter 11 [ECF No. 1].

                                                                                           1

2.      Prior to the bankruptcy, certain litigation was pending between Debtor and NE 4th

Court Loans, LLC., in the Circuit Court in Miami-Dade County, Florida, Case No.

13-24350-CA-04, wherein NE 4th Court Loans, LLC., was the Plaintiff and Counter-

Defendant; Debtor and related Debtor, Q5 Properties, LLC., were the Defendants and

Counter-Plaintiffs; and TotalBank was the Third-Party Defendant. A copy of the

docket is attached hereto as Exhibit "A."

3.      Upon removal of the claim or cause of action, this proceeding is core; or, if non-core,

Debtor consents to entry of final orders or judgments by the bankruptcy judge.

4.      Copies of all material process and pleadings shall be filed in this case upon

docketing.

**WHEREFORE**, the Debtor respectfully removes the pending case from the Miami-Dade

Circuit Court to this Bankruptcy Court.

I HEREBY CERTIFY that I am admitted to Bar of the United States District Court for the
Southern District of Florida and that I am in compliance with the additional qualifications to practice
in this court as set forth in Local Rule 2090(a).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 16th
day of March, 2015, as reflected below.

/s/ Scott Alan Orth, Esq.
**SCOTT ALAN ORTH, ESQ.**
Florida Bar No. 436313
*Attorney for Debtor*
LAW OFFICES OF SCOTT ALAN ORTH, P.A.
3860 Sheridan Street, Suite A
Hollywood, FL  33021
305.757.3300 / 305.757.0071 Fax
scott@orthlawoffice.com
service@orthlawoffice.com (primary)
eserviceSAO@gmail.com (secondary)

2

*Via CM/ECF Electronic Notification*
Office of the U.S. Trustee, via USTPRegion21.MM.ECF@usdoj.gov
Jeffrey C. Roth, Esq., jeff@rothandscholl.com
Grace E. Robson, Esq., grobson@mrthlaw.com
Ross R. Hartog, Esq., rhartog@mrthlaw.com


*Via U.S. Mail*
Miami-Dade County Tax Collector
200 NW 2 AVE #430
Miami, FL 33128



🛒 0 Item(s) in Basket　　　　　　　　Home　　Online Services　　About us　　Contact us

## Civil, Family and Probate Court Online System - Docket Information

BACK TO SEARCH RESULTS　　　ALL PARTIES　　　HEARINGS　　　BEGIN A NEW SEARCH

### NE 4TH COURT LOANS LLC VS Q4 PROPERTIES LLC
* Click on BOOK/PAGE of a particular docket to see the image if it is available *

| Case Num (LOCAL): | 2013-024350-CA-01 | | Dockets Retrieved: | 271 | Filing Date: 07/16/2013 |
|---|---|---|---|---|---|
| Case Num (STATE): | | | | Judicial Section: | CA04 |

| | Date | Book/Page | Docket Entry | Comments |
|---|---|---|---|---|
| | 02/26/2015 | | TEXT | CASE CONVERTED FROM MAINFRAME: SIVA |
| | 01/12/2015 | | MOTION TO DISMISS | |
| | 12/31/2014 | | TEXT | SERVICE ON TOTAL BANK 12-22-2014 |
| | 12/31/2014 | | SERVICE RETURNED | BADGE # 5555 P 12/15/2014 **PARTIES:** NE 4TH COURT LOANS LLC |
| | 12/18/2014 | | SUGGESTION OF BANKRUPTCY | B: 29435 P: 0544 |
| | 12/18/2014 | | SUGGESTION OF BANKRUPTCY | B: 29435 P: 0377 |
| 1 DOC | 12/18/2014 | 29435 / 0544 | SUGGESTION OF BANKRUPTCY | B: 29435 P: 0544 **PARTIES:** Q5 PROPERTIES LLC |
| 1 DOC | 12/18/2014 | 29435 / 0377 | SUGGESTION OF BANKRUPTCY | B: 29435 P: 0377 **PARTIES:** Q4 PROPERTIES LLC |
| | 12/17/2014 | | EXHIBIT LIST | EXHIBITS SCANNED |
| | 12/15/2014 | | NOTICE OF FILING: | CAFFIDAVIT OF OFER MIZRAHI REGARDING UNAVAILABLE |
| | 12/15/2014 | | RESPONSE TO REQUEST FOR PRODUCTION | |
| | 12/11/2014 | | MOTION: | FOR APPOINTMENT |
| | 12/09/2014 | | ORDER: | OF RECUSAL/DENIED |
| | 12/09/2014 | | ORDER ON MOTION TO STRIKE | |
| | 12/08/2014 | | RESPONSE: | |

**EXHIBIT "A"**

| | | | |
|---|---|---|---|
| | | | OPPOSITION TO MTN FOR RECUSAL |
| 12/05/2014 | | MOTION TO TRANSFER | |
| 12/05/2014 | | AFFIDAVIT OF: | OFFER MIZRAHI IN SUPPORT OF DEF MOTION FOR RECUSAL |
| 12/05/2014 | | NOTICE: | ATTY CERTIFICATION OF GOOD FAITH |
| 12/05/2014 | | MOTION: | RECUSAL |
| 12/03/2014 | | REQUEST FOR HEARING | |
| 12/03/2014 | | NOTICE OF HEARING- | MOTIONS 12/09/2014 09:00 AM |
| 11/24/2014 | | FORECLOSURE 3RD PARTY COMPLAINT >$250,000 | |
| 11/21/2014 | | NOTICE OF HEARING- | MOTIONS 12/09/2014 09:00 AM |
| 11/21/2014 | | CANCELLATION NOTICE | 12/04/2014 09:00 AM |
| 11/20/2014 | | NOTICE OF HEARING- | MOTIONS 12/04/2014 09:00 AM |
| 11/13/2014 | | NOTICE OF HEARING- | MOTIONS 12/04/2014 09:00 AM |
| 11/13/2014 | | MOTION TO STRIKE | |
| 11/13/2014 | | CANCELLATION NOTICE | 12/04/2014 09:00 AM |
| 11/07/2014 | | RESPONSE TO REQUEST FOR PRODUCTION | |
| 11/05/2014 | | CANCELLATION NOTICE | 12/19/2014 11:00 AM CANCEL |
| 11/04/2014 | | NOTICE OF HEARING- | SPECIAL APPT 12/17/2014 03:00 PM |
| 11/04/2014 | | NOTICE OF HEARING- | SPECIAL APPT 12/17/2014 02:00 PM |
| 11/04/2014 | | NOTICE OF HEARING- | MOTIONS 12/04/2014 09:00 AM |
| 11/03/2014 | | NOTICE OF HEARING- | SPECIAL APPT 12/17/2014 03:00 PM |
| 10/30/2014 | | SUBPOENA RETURNED | |
| 10/21/2014 | | NOTICE: | CANCELLATION OF DEPOSITION |
| 10/20/2014 | | CANCELLATION NOTICE | 10/22/2014 02:30 PM |
| 10/20/2014 | | CANCELLATION NOTICE | 10/22/2014 10:00 AM |
| 10/20/2014 | | CANCELLATION NOTICE | 10/22/2014 12:30 PM |
| 10/17/2014 | | MOTION TO DISMISS | |
| 10/15/2014 | | NOTICE OF HEARING SET- | SPECIAL APPT 12/17/2014 03:00PM LS:01/04 |
| 10/14/2014 | | MOTION: | .TO ALTER OR AMEND ORDER |
| | | | |

| | | | |
|---|---|---|---|
| 10/10/2014 | | SUBPOENA RETURNED | |
| 10/09/2014 | | NOTICE OF HEARING- | MOTIONS 12/19/2014 11:00 AM |
| 10/09/2014 | | NOTICE OF HEARING SET- | SPECIAL APPT 12/19/2014 11:00AM LS:01/04 |
| 10/09/2014 | | REQUEST FOR PRODUCTION | |
| 10/08/2014 | | NOTICE OF HRG SPECIAL APPT | 12/19/2014 11:00 AM |
| 10/08/2014 | | NOTICE: | OF POSTPONEMENT OF DEPOSITION, ECT |
| 10/08/2014 | | NOTICE OF FILING: | CONFIDENTIALITY STIPULATION BETWEEN PLAINTIFF AND DEFEND |
| 10/06/2014 | | NOTICE: | CANCELLATION OF DEPOSITION |
| 09/29/2014 | | NOTICE OF TAKING DEPOSITION | |
| 09/29/2014 | | CANCELLATION NOTICE | 10/21/2014 01:00 PM |
| 09/26/2014 | | NOTICE: | NOTICE TO POSTPONE DEPOSITION |
| 09/25/2014 | | RESPONSE: | AND OBJECTION TO DEF'S NOTCE OF TAKING DEPOSITION |
| 09/24/2014 | | CERTIFICATE OF SERVICE | |
| 09/24/2014 | | NOTICE OF HRG SPECIAL APPT | 10/21/2014 01:30 PM |
| 09/24/2014 | | REQUEST FOR HEARING | |
| 09/23/2014 | | ORDER: | TO LEAVE TO AMEND TO ASSERT CT-CLAIM/GRANTED |
| 09/23/2014 | | ORDER ON MOTION TO COMPEL | GRANTED/DENIED IN PART |
| 09/22/2014 | | NOTICE OF HRG SPECIAL APPT | 10/21/2014 01:30 PM |
| 09/22/2014 | | NOTICE OF TAKING DEPOSITION | |
| 09/22/2014 | | SUBPOENA RETURNED | |
| 09/22/2014 | | SUBPOENA RETURNED | |
| 09/19/2014 | | NOTICE OF TAKING DEPOSITION | |
| 09/18/2014 | | MOTION FOR PROTECTIVE ORDER | |
| 09/18/2014 | | MOTION TO COMPEL | |
| 09/15/2014 | | SUBPOENA RETURNED | |
| 09/15/2014 | | SUBPOENA RETURNED | |
| 09/12/2014 | | RESPONSE: | AND PARTIAL OBJCTN TO TAKING DEPOSITION |

| Date | | Document | Description |
|---|---|---|---|
| 09/10/2014 | | NOTICE OF HEARING- | MOTIONS 10/16/2014 09:00 AM |
| 09/10/2014 | | NOTICE OF TAKING DEPOSITION | |
| 09/09/2014 | | NOTICE OF HEARING- | MOTIONS 10/07/2014 09:00 AM |
| 09/09/2014 | | NOTICE OF HEARING- | MOTIONS 09/23/2014 09:00 AM |
| 09/09/2014 | | NOTICE OF HEARING- | MOTIONS 10/07/2014 09:00 AM |
| 09/03/2014 | | MOTION FOR CONTEMPT | |
| 09/02/2014 | | MOTION FOR CONTEMPT | |
| 08/29/2014 | | OBJECTION: | TO DEPOSITION |
| 08/29/2014 | | OBJECTION: | TO DEPOSITION |
| 08/28/2014 | | RESPONSE: | OBJECTIONS TO SUBPOENA FOR DEPOSITION DUCES TECUM |
| 08/28/2014 | | RESPONSE: | OBJECTIONS TO SUBPOENA FOR DEPOSITION DUCES TECUM |
| 08/19/2014 | | NOTICE OF TAKING DEPOSITION | |
| 08/19/2014 | | NOTICE OF HEARING- | MOTIONS 09/04/2014 09:00 AM |
| 08/19/2014 | | NOTICE OF TAKING DEPOSITION | |
| 08/19/2014 | | NOTICE OF TAKING DEPOSITION | |
| 08/19/2014 | | NOTICE OF TAKING DEPOSITION | |
| 08/15/2014 | | NOTICE OF HEARING- | MOTIONS 09/04/2014 09:00 AM |
| 08/15/2014 | | MOTION TO COMPEL | |
| 08/15/2014 | | NOTICE OF TAKING DEPOSITION | |
| 08/13/2014 | | NOTICE OF TAKING DEPOSITION | |
| 08/11/2014 | | NOTICE OF TAKING DEPOSITION | |
| 08/08/2014 | | MOTION: | FOR LEAVE TO ADD THIRD PARTY DEF TOTAL BANK TO AMEND TO |
| 08/07/2014 | | OBJECTION: | TO PLAINTIFFS THIRD REQ. FOR PRODUCTION |
| 08/07/2014 | | NOTICE: | OF POSTONMENT OF DEPOSITION |

| | | | |
|---|---|---|---|
| 08/06/2014 | | SUBPOENA RETURNED | |
| 08/06/2014 | | MOTION FOR PROTECTIVE ORDER | |
| 08/05/2014 | | CANCELLATION NOTICE | 09/12/2014 10:00 AM |
| 08/04/2014 | | NOTICE OF TAKING DEPOSITION | |
| 08/04/2014 | | NOTICE OF TAKING DEPOSITION | |
| 08/04/2014 | | NOTICE OF TAKING DEPOSITION | |
| 08/04/2014 | | NOTICE OF TAKING DEPOSITION | |
| 07/31/2014 | | NOTICE OF HEARING- | SPECIAL APPT 12/17/2014 03:00 PM |
| 07/31/2014 | | NOTICE: | OF CANCELLATION OF DEPOSITION |
| 07/30/2014 | | MOTION: | OF PLAINTIFF FOR THE APPOINTMENT OF RECEIVER |
| 07/29/2014 | | NOTICE OF TAKING DEPOSITION | |
| 07/29/2014 | | NOTICE OF PRODUCTION | |
| 07/28/2014 | | MOTION TO COMPEL | |
| 07/24/2014 | | NOTICE OF ANSWER TO INTERROGATORIES | |
| 07/24/2014 | | RESPONSE TO REQUEST FOR PRODUCTION | |
| 07/21/2014 | | NOTICE OF APPEARANCE | ATTORNEY:00141852 **PARTIES:** Q4 PROPERTIES LLC |
| 07/18/2014 | | NOTICE OF TAKING DEPOSITION | |
| 07/18/2014 | | NOTICE OF TAKING DEPOSITION | |
| 07/18/2014 | | NOTICE OF TAKING DEPOSITION | |
| 07/15/2014 | | NOTICE OF TAKING DEPOSITION | |
| 07/15/2014 | | NOTICE OF TAKING DEPOSITION | |
| 07/15/2014 | | NOTICE OF UNAVAILABILITY/ABSENCE | |
| 07/14/2014 | | SUBPOENA RETURNED | |
| 07/10/2014 | | ORDER: | GRNTNG MOTI FOR PROTECTIVE ORDER |
| 07/10/2014 | | NOTICE OF TAKING DEPOSITION | |
| 07/09/2014 | | NOTICE: | OF POSTPONEMENT OF DEPOSITION |
| 07/09/2014 | | | |

| | | | | |
|---|---|---|---|---|
| | | | NOTICE OF TAKING DEPOSITION | |
| | 07/09/2014 | | NOTICE OF TAKING DEPOSITION | |
| | 07/09/2014 | | NOTICE OF TAKING DEPOSITION | |
| | 07/09/2014 | | REQUEST FOR PRODUCTION | |
| | 07/03/2014 | | NOTICE OF TAKING DEPOSITION | |
| | 06/27/2014 | | SUBPOENA RETURNED | |
| | 06/26/2014 | | CERTIFICATE OF SERVICE | |
| | 06/26/2014 | | SUBPOENA RETURNED | |
| | 06/25/2014 | | ORDER: | GRANTING CONTINUANCE. |
| | 06/24/2014 | | NOTICE OF UNAVAILABILITY/ABSENCE | |
| | 06/24/2014 | | NOTICE OF TAKING DEPOSITION | |
| | 06/24/2014 | | NOTICE: | OF POSTPONEMNT OF DEPOSITION |
| | 06/24/2014 | | NOTICE: | OF POSTPONEMENT OF DEPOSITION |
| | 06/24/2014 | | NOTICE OF TAKING DEPOSITION | |
| | 06/23/2014 | | NOTICE OF HEARING- | MOTIONS 07/10/2014 09:00 AM |
| 1 DOC | 06/20/2014 | 29202 / 2558 | MEDIATORS REPORT | B: 29202 P: 2558 |
| | 06/20/2014 | | NOTICE OF TAKING DEPOSITION | AMENDED |
| | 06/19/2014 | | NOTICE OF HEARING- | MOTIONS 06/26/2014 09:00 AM |
| | 06/19/2014 | | MOTION FOR PROTECTIVE ORDER | |
| | 06/19/2014 | | NOTICE OF HEARING- | MOTIONS 06/26/2014 09:00 AM |
| | 06/18/2014 | | MOTION FOR CONTINUANCE | |
| | 06/18/2014 | | NOTICE: | POSTPONEMENT OF DEPOSITION |
| | 06/18/2014 | | REQUEST: | REQUEST FOR COPIES |
| | 06/18/2014 | | NOTICE: | PLAINTIFFS CONSENT TO CONTINUANCE |
| | 06/18/2014 | | MOTION FOR PROTECTIVE ORDER | |
| | 06/18/2014 | | MOTION FOR CONTINUANCE | |
| | 06/17/2014 | | NOTICE OF TAKING DEPOSITION | |
| | 06/17/2014 | | | |

| | | | |
|---|---|---|---|
| | | NOTICE OF TAKING DEPOSITION | |
| 06/17/2014 | | NOTICE OF TAKING DEPOSITION | |
| 06/16/2014 | | NOTICE OF TAKING DEPOSITION | |
| 06/13/2014 | | NOTICE OF TAKING DEPOSITION | |
| 06/10/2014 | | NOTICE OF TAKING DEPOSITION | |
| 06/10/2014 | | NOTICE OF TAKING DEPOSITION | |
| 06/10/2014 | | NOTICE OF TAKING DEPOSITION | |
| 06/10/2014 | | NOTICE OF TAKING DEPOSITION | |
| 06/06/2014 | | RESPONSE TO REQUEST FOR PRODUCTION | |
| 05/30/2014 | | NOTICE OF TAKING DEPOSITION | |
| 05/30/2014 | | NOTICE OF TAKING DEPOSITION | |
| 05/30/2014 | | NOTICE OF TAKING DEPOSITION | |
| 05/30/2014 | | RESPONSE: | TO PLAINTIFFS EXPERT WITNESS INTERR. |
| 05/23/2014 | | CANCELLATION NOTICE | 05/27/2014 09:00 AM |
| 05/21/2014 | | REQUEST FOR PRODUCTION | |
| 05/21/2014 | | NOTICE OF INTERROGATORY | |
| 05/20/2014 | | RESPONSE TO REQUEST FOR PRODUCTION | |
| 05/19/2014 | | NOTICE OF TAKING DEPOSITION | |
| 05/15/2014 | | NOTICE OF HEARING- | MOTIONS 05/27/2014 09:00 AM |
| 05/15/2014 | | NOTICE OF UNAVAILABILITY/ABSENCE | |
| 05/14/2014 | | MOTION FOR PROTECTIVE ORDER | |
| 05/14/2014 | | CERTIFICATE OF SERVICE | |
| 05/13/2014 | | NOTICE OF TAKING DEPOSITION | |
| 05/13/2014 | | NOTICE: | COPY OF RETURN OF SERVICE |
| 05/12/2014 | | NOTICE OF TAKING DEPOSITION | |
| 05/12/2014 | | RESPONSE TO REQUEST FOR PRODUCTION | |
| 05/12/2014 | | | |

| | | | | |
|---|---|---|---|---|
| | | | MOTION TO VACATE DISMISSAL | |
| 1 DOC | 05/12/2014 | 29154 / 2366 | ORDER VACATING ORDER OF DISMISSAL | B: 29154 P: 2366 **PARTIES:** Q4 PROPERTIES LLC; Q5 PROPERTIES LLC |
| | 05/09/2014 | | ORDER OF DISMISSAL | B: 29150 P: 4874 |
| | 05/09/2014 | | ORDER OF DISMISSAL | B: 29150 P: 4874 |
| | 05/09/2014 | | ORDER OF DISMISSAL | B: 29150 P: 4874 |
| | 05/09/2014 | | NO FURTHER JUDICIAL ACTION | |
| 1 DOC | 05/09/2014 | 29150 / 4874 | ORDER OF DISMISSAL | B: 29150 P: 4874 **PARTIES:** APPEARANCE LLC; PEPE CALDERIN DESIGN INC; ART 18 LLC; M NETWORK INC (THE); COBATRA LLC; STATE OF FLORIDA (DOR) |
| 1 DOC | 05/09/2014 | 29150 / 4874 | ORDER OF DISMISSAL | B: 29150 P: 4874 **PARTIES:** GRIMALDI KARINA; SIGNS CONNECTION INC; LANG & SCHWANDER LLC; MEXSNOR VENTURES INC; MCKENZIE CONSTRUCTION LLC |
| 1 DOC | 05/09/2014 | 29150 / 4874 | ORDER OF DISMISSAL | B: 29150 P: 4874 **PARTIES:** Q4 PROPERTIES LLC; Q5 PROPERTIES LLC |
| | 04/30/2014 | | NOTICE OF TAKING DEPOSITION | |
| | 04/30/2014 | | REQUEST FOR PRODUCTION | |
| | 04/30/2014 | | NOTICE OF INTERROGATORY | |
| | 04/29/2014 | | REQUEST FOR PRODUCTION | |
| | 04/28/2014 | | REPLY TO AFFIRMATIVE DEFENSES | |
| | 04/28/2014 | | NOTICE: | OF MEDIATION CONFERENCE |
| | 04/28/2014 | | AMENDED ANSWER | ATTORNEY:00436313 **PARTIES:** Q4 PROPERTIES LLC; Q5 PROPERTIES LLC |
| | 04/24/2014 | | NOTICE: | OF MEDIATION |
| | 04/24/2014 | | NOTICE OR STIPULATION DESIGNATING MEDIATOR | EFILED |
| | 04/23/2014 | | ORDER: | |

| | | | | |
|---|---|---|---|---|
| | | | | MOT. TO AMEND-GRANTED.MOT. TO STRIKE-DENIED. |
| | 04/22/2014 | | NOTICE OF FILING: | |
| | 04/22/2014 | | CANCELLATION NOTICE | 04/24/2014 09:30 AM |
| | 04/21/2014 | | NOTICE OF FILING: | COPY OF ZACCO GRIMALDI INC D/B/A KARINA GRIMALDI ANSWER |
| | 04/18/2014 | | WITNESS LIST | **PARTIES:** Q4 PROPERTIES LLC |
| | 04/17/2014 | | PRETRIAL CATALOG | |
| | 04/15/2014 | | NOTICE OF HEARING- | MOTIONS 04/22/2014 09:00 AM |
| | 04/15/2014 | | REQUEST FOR PRODUCTION | |
| | 04/11/2014 | | NOTICE OF TAKING DEPOSITION | |
| | 04/10/2014 | | NOTICE OF TAKING DEPOSITION | |
| | 04/10/2014 | | MOTION TO STRIKE | |
| | 04/10/2014 | | MOTION: | LEAVE TO AMEND ANSWER |
| | 04/09/2014 | | MOTION FOR CONTINUANCE | |
| | 04/09/2014 | | NOTICE OF HEARING- | MOTIONS 04/22/2014 09:00 AM |
| | 04/02/2014 | | NOTICE OF TAKING DEPOSITION | |
| | 03/10/2014 | | ORDER SETTING NON-JURY TRIAL | 05/09/2014 09:00 AM |
| | 03/07/2014 | | NOTICE OF TRIAL (CASE AT ISSUE) | |
| | 03/05/2014 | | NOTICE OF ANSWER TO INTERROGATORIES | |
| | 03/05/2014 | | RESPONSE TO REQUEST FOR PRODUCTION | |
| | 02/18/2014 | | NOTICE OF TAKING DEPOSITION | |
| | 02/13/2014 | | ORDER: | FOR EXTENSION OF TIME |
| | 02/10/2014 | | SUMMONS RETURNED - NO SERVICE | **PARTIES:** ART 18 LLC |
| | 02/10/2014 | | SERVICE RETURNED | BADGE # 111 P 11/14/2013 **PARTIES:** STATE OF FLORIDA (DOR) |
| | 02/10/2014 | | SERVICE RETURNED | BADGE # 2148 P 12/20/2013 **PARTIES:** COBATRA LLC |

| | | | | |
|---|---|---|---|---|
| | 02/10/2014 | | SERVICE RETURNED | BADGE # 2148 P 11/21/2013 **PARTIES:** M NETWORK INC (THE) |
| | 02/10/2014 | | SERVICE RETURNED | BADGE # 613 P 07/29/2013 **PARTIES:** MEXSNOR VENTURES INC |
| | 02/10/2014 | | SUMMONS RETURNED - NO SERVICE | **PARTIES:** NARSHA GROUP LLC (THE) |
| | 02/10/2014 | | NOTICE OF FILING: | |
| | 01/28/2014 | | MOTION FOR EXTENSION OF TIME | |
| | 01/21/2014 | | CERTIFICATE OF MAILING | |
| | 01/21/2014 | | CERTIFICATE OF MAILING | |
| | 01/20/2014 | | ORDER OF DISMISSAL | B: 29001 P: 2423 |
| 1 DOC | 01/20/2014 | 29001 / 2423 | ORDER OF DISMISSAL | B: 29001 P: 2423 **PARTIES:** CITY OF MIAMI |
| | 01/14/2014 | | NOTICE: | COPY OF RETURN AND SUMMONS |
| | 01/13/2014 | | ORDER OF DEFAULT | **PARTIES:** SIGNS CONNECTION INC; MEXSNOR VENTURES INC; MCKENZIE CONSTRUCTION LLC; APPEARANCE LLC; PEPE CALDERIN DESIGN INC; M NETWORK INC (THE); STATE OF FLORIDA (DOR) |
| | 01/10/2014 | | MOTION FOR DEFAULT | |
| | 12/30/2013 | | NOTICE OF TAKING DEPOSITION | |
| | 12/24/2013 | | REQUEST FOR PRODUCTION | |
| | 12/24/2013 | | NOTICE OF INTERROGATORY | |
| | 12/24/2013 | | REPLY TO AFFIRMATIVE DEFENSES | |
| | 12/13/2013 | | RESPONSE TO REQUEST FOR PRODUCTION | |
| | 12/05/2013 | | MOTION TO DISMISS | |
| | 12/04/2013 | | NOTICE OF SERVICE OF PROCESS | |
| | 12/04/2013 | | NOTICE OF SERVICE OF PROCESS | |
| | 11/22/2013 | | REQUEST FOR PRODUCTION | |
| | 11/22/2013 | | | |

| | | | | |
|---|---|---|---|---|
| | | | NOTICE OF TAKING DEPOSITION | |
| | 11/21/2013 | | ORDER: | GRANTING DN07'S COUNSEL'S MOTION TO WITHDRAW, ETC.... |
| | 11/18/2013 | | ANSWER TO AMENDED COMPLAINT | **PARTIES:** Q4 PROPERTIES LLC; Q5 PROPERTIES LLC |
| | 11/08/2013 | | NOTICE OF HEARING- | MOTIONS 11/21/2013 09:00 AM |
| | 11/08/2013 | | MOTION TO WITHDRAW | |
| | 11/08/2013 | | NOTICE: | CONSENT TO WITHDRAW |
| | 11/07/2013 | | TEXT | LTR SENT 11-07-2013 FOR PMT TO ADD 5 DEFTS $12.50 |
| | 10/29/2013 | | VOLUNTARY DISMISSAL | B: 28891 P: 2395 |
| 1 DOC | 10/29/2013 | 28891 / 2395 | VOLUNTARY DISMISSAL | B: 28891 P: 2395 **PARTIES:** NARSHA GROUP LLC (THE) |
| | 10/29/2013 | | AMENDED COMPLAINT | |
| | 10/23/2013 | | NOTICE OF HEARING- | SPECIAL APPT 10/24/2013 08:45 AM |
| | 10/18/2013 | | CANCELLATION NOTICE | 10/24/2013 08:45 AM |
| 1 DOC | 10/18/2013 | 28879 / 0905 | COURT ORDER | B: 28879 P: 0905 MOTI TO DISMISS & FOR SANCTIONS 15/DAYS TO AMEND COMPLAI |
| | 10/04/2013 | | CANCELLATION NOTICE | 10/08/2013 09:00 AM |
| | 10/04/2013 | | NOTICE OF HEARING- | SPECIAL APPT 10/24/2013 08:45 AM |
| | 09/17/2013 | | NOTICE OF FILING: | FILING SERVICE |
| | 09/11/2013 | | NOTICE OF HEARING- | MOTIONS 10/08/2013 09:00 AM |
| | 09/09/2013 | | CANCELLATION NOTICE | 09/10/2013 09:00 AM |
| | 09/06/2013 | | NOTICE OF HRG SPECIAL APPT | 10/24/2013 08:45 AM |
| | 09/04/2013 | | NOTICE OF UNAVAILABILITY/ABSENCE | |
| | 08/29/2013 | | NOTICE OF HEARING- | MOTIONS 09/10/2013 09:00 AM |
| | 08/22/2013 | | ANSWER AND AFFIRMATIVE DEFENSE | ATTORNEY:00092113 **PARTIES:** LANG & SCHWANDER LLC |
| | 08/21/2013 | | VOLUNTARY DISMISSAL | B: 28785 P: 0541 |
| 1 DOC | 08/21/2013 | 28785 / 0541 | VOLUNTARY DISMISSAL | B: 28785 P: 0541 **PARTIES:** COVERINGS ETC INC; MIZRAHI OFER |
| | 08/16/2013 | | | |

| | | | | |
|---|---|---|---|---|
| | | | MOTION FOR EXTENSION OF TIME | |
| | 08/15/2013 | | MOTION TO DISMISS | |
| | 08/05/2013 | | EMAIL NOTICE: | EFILED |
| | 08/05/2013 | | NOTICE OF APPEARANCE | ATTORNEY:00436313 **PARTIES:** Q4 PROPERTIES LLC |
| | 07/24/2013 | | SUMMONS ISSUED | **PARTIES:** MEXSNOR VENTURES INC; MCKENZIE CONSTRUCTION LLC; NARSHA GROUP LLC (THE); APPEARANCE LLC; PEPE CALDERIN DESIGN INC |
| | 07/24/2013 | | SUMMONS ISSUED | **PARTIES:** Q4 PROPERTIES LLC; Q5 PROPERTIES LLC; COVERINGS ETC INC; MIZRAHI OFER; GRIMALDI KARINA; SIGNS CONNECTION INC; LANG & SCHWANDER LLC |
| | 07/18/2013 | | E-FILING NUMBER | EFILE NUMBER: 3762190 |
| | 07/16/2013 | | RECEIPT AT FILING | RECEIPT #8351054 - P |
| | 07/16/2013 | | CIVIL COVER | |
| | 07/16/2013 | | COMPLAINT | |
| | 07/16/2013 | | FILING FEE FOR MORTGAGE FORECLOSURE | $ 1906.00 |
| 1 DOC | 07/16/2013 | 28732 / 0307 | LIS PENDENS | B: 28732 P: 0307 |

BACK TO SEARCH RESULTS        ALL PARTIES        HEARINGS        BEGIN A NEW SEARCH

Online Case Home | Civil Court Information | Family Court Information | Probate Court Information | Email | Login
Home | Privacy Statement | Disclaimer | Contact Us | About Us
2008 Clerk of the Court. All Rights reserved.

S0142977