IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:

Q4 PROPERTIES, LLC,                                                      Case No. 14-37540-RAM

                                                                                       Chapter 11

              Debtor.

_____/

NE 4th COURT LOANS, LLC,                                         Adv. Pro. No. 15-01169-RAM

Plaintiff,

v.

Q4 PROPERTIES, LLC and
Q5 PROPERTIES, LLC,
Defendants/Counter & Added Party Plaintiff,


v.


TOTALBANK, a Florida banking corporation,
Added-Party Defendant.

_____/


**STIPULATION FOR DISMISSAL OF CASE**
**AND REMAND TO STATE COURT**


Plaintiff, NE 4th Court Loans, LLC, joined by Q4 PROPERTIES, LLC., and Q5

PROPERTIES, LLC., joined by Total Bank, by and through their respective undersigned

counsel, hereby stipulate to the Dismissal of this Case with each party to bear their own

attorneys fees and costs, with a remand to the stayed State Court case.

1

Dated: December 14th, 2015

**ROTH & SCHOLL**
Co-Counsel for Plaintiff
866 South Dixie Highway
Coral Gables, FL 33146
T: (305) 662-4141
F: (305) 662-3816

By: _/s/_____
    Jeffrey C. Roth, Esq., .
Email: jeff@rothandscholl.com

-and-

**MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.**
Co-Counsel for Plaintiff
101 NE Third Avenue, Suite 1210
Fort Lauderdale, Florida 33301
T: (954) 767-0030
F: (954) 767-0035

By:/s/ Grace E. Robson
GRACE E. ROBSON
Fla. Bar No.: 0178063
grobson@mrthlaw.com

/s/ Scott Alan Orth, Esq.
SCOTT ALAN ORTH, ESQ.
Florida Bar No. 436313
Attorney for Debtors

2

**PEREZ & RODRIGUEZ, P.A.**
95 Merrick Way, Suite 600
Coral Gables, FL 33134
Tel: (305) 667-9878
Fax: (305) 667-9657

By: /s/ *Johanna Castellon Vega*
**JOHANNA CASTELLON-VEGA**
Fla. Bar No. 58345
jcastellon-vega@prmiamilaw.com