

**ORDERED in the Southern District of Florida on January 4, 2016.**

**Robert A. Mark, Judge
United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re )<br><br>Q4 PROPERTIES, LLC, )<br><br>   Debtor. )<br>_____ )<br><br>NE 4TH COURT LOANS, LLC, )<br><br>   Plaintiff, )<br><br>vs. )<br><br>Q4 PROPERTIES, LLC, and Q5 )<br>PROPERTIES, LLC, )<br><br>   Defendants. )<br>_____ ) | CASE NO. 14-37540-BKC-RAM<br>CHAPTER  11<br><br><br><br><br><br><br><br><br>ADV. NO. 15-01169-RAM-A |

**ORDER REMANDING ADVERSARY PROCEEDING TO STATE COURT**

Based upon the parties' Stipulation for Dismissal of Case and Remand to State Court [DE# 208], it is –

**ORDERED** as follows:

1.   This matter is hereby remanded to the Circuit Court, Miami-Dade County, Florida, Case No. 13-24350-CA-04.

2.   Upon entry of this Order, the Clerk shall close this adversary proceeding and transmit a copy of the docket sheet, along with a copy of this Order, to the Circuit Court to become part of the record in Case No. 13-24350-CA-04.

3.   The record in this proceeding will be part of the record in the state court case, but the Clerk of this Court is excused from transmitting the entire record.  If one of the parties needs to rely on a pleading or other document filed in this proceeding, the pleading or document should be refiled in the state court case.

                              ###

COPIES TO:

Scott Alan Orth, Esq. (Counsel for Defendants)
Jeffrey C. Roth, Esq. (Counsel for Plaintiff)
Grace Robson, Esq. (Co-counsel for Plaintiff)
Johanna Castellon Vega, Esq. (Counsel for Totalbank)
Drew M. Dillworth, Esq. (Co-counsel for Totalbank)