# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                      Case No.   14-37540  -BKC-  RAM

Q4 Properties, LLC.                                         Chapter   11


_____Debtor_____/

NE 4th Court Loans, LLC


_____Plaintiff,_____

vs.                                                         Adversary Proceeding No.   15-1169-RAM-A

Q4 Properties, LLC and Q5 Properties, LLC,

State Court Case #13-24350-CA-04

_____Defendant_____/

## TO:  CLERK OF COURT

### TRANSMITTAL OF RECORD TO STATE COURT
### PURSUANT TO ORDER OF REMAND

DOCUMENTS TRANSMITTED:

____✓____  Certified Copy of Order of Remand Entered on 01/05/2016
____✓____  Certified Copy of Docket Sheet
_____  Copies of State Court Documents Filed With Removal Proceeding
_____  Transcripts of bankruptcy hearings
_____  *Copy of Bankruptcy File and Notice of Appeal*
_____  Other: _____


DATE TRANSMITTED: 01/06/2016

                                                            CLERK OF COURT

                                                            By: Diana Cohen
                                                                    Deputy Clerk

Copies to:
Attorney for Plaintiff                                      Telephone: (305) 714-1800
Attorney for Defendant


-  -  -  -  -  -  -  -  -  -  -  -  -  -  -STATE COURT ACKNOWLEDGMENT-  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -  -

WE HEREBY ACKNOWLEDGE RECEIPT OF THE ABOVE REFERENCED BANKRUPTCY FILE.

                                                            CLERK OF COURT

DATE:_____                                             By:_____
                                                                    Deputy Clerk

PLEASE RETURN COPY TO BANKRUPTCY COURT UPON COMPLETION

☐ 301 N. Miami Avenue, Miami, Florida 33128
☐ 299 E. Broward Blvd., Ft. Lauderdale, Florida 33301
☐ 1515 North Flagler Drive, West Palm Beach, Florida 33401

(rev. 10/10/14)